|                          |     |                                              |
|--------------------------|-----|----------------------------------------------|
| STATE OF INDIANA         | )   | CLERK'S IN THE LAKE SUPERIOR COURT           |
| COUNTY OF LAKE           | ) SS: | 2018 MAY 17   SITTING IN LAKE COUNTY, INDIANA |
| ALICIA GONZALEZ,         | )   | MICHAEL A. BROWN CLERK LAKE CIRCUIT COURT    |
|                          | )   |                                              |
| Plaintiff,               | )   |                                              |
|                          | )   |                                              |
| v.                       | )   | CAUSE NO.:                                   |
|                          | )   | 45D04 1805·Cf· 113                           |
| MENARD, INC., d/b/a      | )   |                                              |
| MENARD'S                 | )   |                                              |
|                          | )   |                                              |
| Defendant.               | )   |                                              |

## COMPLAINT

COMES NOW, the Plaintiff, ALICIA GONZALEZ, by counsel, David A. Wilson, and for her cause of action against Defendant, Menard, Inc., doing business as Menard's, states as follows:

1. That presently, and at the time of the incident which is the subject of Plaintiff's Complaint, Plaintiff was a resident of the State of Indiana.

2. That presently and at the time of the accident herein, Defendant, Menard, Inc., is a Wisconsin corporation, owned and/or occupied the premises located at 1000 U.S. Highway 41, in Schererville, Indiana, and operated a retail business under the assumed name "Menard's."

3. That on July 26, 2016, the Plaintiff was lawfully on the premises of the Defendant as an invitee and with the permission of, and for the benefit of, the Defendant.

4. That the Defendant owed a duty to the Plaintiff and other invitees to maintain the premises in a reasonably safe condition.

5. That at the time of the incident which is the subject of Plaintiff's Complaint, Plaintiff was upon and using an escalator on Defendant's premises.



6.     That on said date, Defendant was under a duty to provide safe ingress and egress from the escalator, and to maintain its' premises in a reasonably safe condition for its' invitees.

7.     That on July 26, 2016, Defendant, Menard, Inc., by and through its' agents and/or employees, breached its duty to the Plaintiff.

8.     That the Defendant's negligence included, but is not limited to, the following acts and/or omissions:

   a.   Failing to provide a reasonably safe walking area on which their invitees can enter and exit Defendant's escalators.

   b.   Blocked the exit to its' escalator to prevent safe egress from said escalator;

   c.   Failed to activate any emergency stop of the escalator after blocking safe egress from its' escalators;

   d.   Failing to operate the establishment in a reasonably careful and prudent matter;

   e.   Failed to exercise the same degree of care that a common carrier would exercise in the operation of its escalator.

   f.   Failure to exercise reasonable care to protect invitees against danger, when the Defendant knew, or should have known that its invitees would not realize the danger or would fail to protect themselves against the danger;

   g.   Failing to provide adequate signage and/or warnings to alert the Plaintiff of the unsafe and/or dangerous conditions;

   h.   Failing to use the requisite degree of care that a reasonably prudent business would have used under the same or similar conditions; and

9.     That a direct and proximate result of the negligence, carelessness, and recklessness of the Defendant, the Plaintiff suffered injuries, some of which are permanent, incurred medical expenses for care and treatment, pain and suffering, and an inability to engage in her normal daily activities for an indefinite period of time and incurred lost wages.

2

WHEREFORE, Plaintiff demands judgment against Defendant, Menard, Inc., doing business as Menard's, and prays for reasonable compensatory damages, pre-judgment interest and the costs of this action, and all other just and proper relief in the premises.

Respectfully submitted.

David A. Wilson (#19629-64)
David Wilson Law Offices, P.C.
8973 Broadway
Merrillville, IN 46410
(219) 661-7503
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, ALICIA GONZALEZ, by and through counsel, David A. Wilson, and hereby demands a trial of this cause by jury, on all issues.

David A. Wilson, #19629-64

3